14685. WESTERN & ATLANTIC RAILROAD CO. *v.* BOWEN.

The charge of the court was correct and covered substantially the issues made by the pleadings and the evidence; and the failure to add instructions not requested in writing is not ground for a new trial.

There being in the brief of counsel for the plaintiff in error no reference to the general grounds of the motion for a new trial, nor a general insistence on all the grounds of the motion, this court will treat the general grounds as having been abandoned.

DECIDED OCTOBER 3, 1923.

Action for damages; from Whitfield superior court—Judge Tarver. May 12, 1923.

*Tye, Peeples & Tye, Maddox, McCamy & Shumate,* for plaintiff in error. *George G. Glenn, John C. Mitchell,* contra.

BLOODWORTH, J. 1. "A correct statement of law embraced in a charge to the jury is not erroneous because the court failed in the same connection to give to the jury other appropriate instructions. *Lucas* v. *State,* 110 *Ga.* 756 (36 S. E. 87) ; *Central of Ga. Ry. Co.* v. *Grady,* 113 *Ga.* 1045 (3), 1046 (39 S. E. 441) ; *Keys* v. *State,* 112 *Ga.* 392 (4), 397 (37 S. E. 762, 81 Am. St. R. 63) ; *Rawlins* v. *State,* 124 *Ga.* 31 (16), 50 (52 S. E. 1)." *Hill* v. *State,* 18 *Ga. App.* 259 (98 S. E. 351). See also *Nail* v. *State,* 125 *Ga.* 234 (2) (54 S. E. 145) ; *Killian* v. *State,* 19 *Ga. App.* 750 (2) (92 S. E. 227) ; *Barron* v. *State,* 12 *Ga. App.* 342 (2) (77 S. E. 214). If the substantial law covering the issues made by the pleadings and evidence is given in charge, and more specific instructions are desired, a timely and appropriate written request therefor should be made. *Anthony* v. *State,* 6 *Ga. App.* 784 (3) (65 S. E. 816).

Each of the excerpts from the charge of which complaint is made contains a correct statement of law. The charge covered substantially the issues made by the pleadings and the evidence, and was fair and impartial; and under the rulings in the foregoing cases there was no error requiring the grant of a new trial, either in the excerpts from the charge of which complaint is made or in the failure to charge complained of in grounds 3 and 4 of the amendment to the motion for a new trial.

2. In the brief of the plaintiff in error there is no reference to the general grounds of the motion for a new trial, nor is there a general insistence on all the grounds of the motion. We will therefore treat the general grounds as having been abandoned.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*